UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee, | ) | CRIMINAL ACTION NO. |
| | ) | 05-10138-DPW |
| v. | ) | |
| | ) | COURT OF APPEALS NO. |
| | ) | 07-1366 |
| LUIS MANUEL GONZALEZ-CALDERON, | ) | |
| Defendant/Appellant. | ) | |
| | ) | |

NOTICE OF INTENTION
TO ISSUE FINDINGS AND CONCLUSIONS
November 20, 2007

As a result of the issuance of an Order by the United States
Court of Appeals for the First Circuit on November 16, 2007
rejecting Defendant-Appellant's brief to that Court, it has been
brought to this Court's attention that detailed Findings of Fact
and Conclusions of Law regarding the denial of the
Defendant/Appellant's motion to suppress were never issued.  It
is the intention of this Court to issue such Findings and
Conclusions on or before November 30, 2007.  This notice is to
advise the Court of Appeals and the parties in an effort to
provide additional information for any refinement in the
appellate briefing schedule following the rejection of the
Defendant/Appellant's brief.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE